UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DONNETTE KINGSTON,

    Plaintiff,

v.                          Case No.  8:07-cv-2150-T-24 MAP

JOANN MARY BAUMGARTNER,

    Defendant.
_____/

**ORDER**

    This cause comes before the Court on its own.  In the complaint that Plaintiff filed with the Court, she included the dates of birth for several people.  This Court's Administrative Procedures prohibit the inclusion of an individual's birth date (with some exceptions that are not applicable in this case).  As such, the Clerk is directed to redact the birth dates contained in Plaintiff's complaint and then to file the redacted version of the complaint.

    **DONE AND ORDERED** at Tampa, Florida, this 28th day of November, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Pro Se Plaintiff